S. M. Franklin, for Appellee.

January 25, 1893. Affirmed.

[Civil No. 336.]

FRANK M. MAIN, Plaintiff in Error, v. F. CUEN, Defendant in Error.

WRIT OF ERROR from District Court of the First Judicial District in and for the County of Pima. Richard E. Sloan, Judge.

Barnes & Martin, for Plaintiff in Error.

F. J. Heney, for Defendant in Error, and Jeffords & Franklin, of counsel.

PER CURIAM.—The only question sought to be presented in this case is as to the exclusion by the court of evidence proposed by plaintiff in error at the trial.

There is no statement of facts in the record, and the proposed evidence is not included in the bill of exceptions.

No briefs have been filed by either party, though the cause has been in this court for more than a year.

The record discloses no error.

The writ denied.

Gooding, C. J., Kibbey, J., Wells, J.